FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA   00 JAN -6  AM 10: 50

EASTERN DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 99-B-2855-E |
| | ) | |
| EDDIE J. HAYES | ) | |
| SSN: 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 | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED
JAN  7 2000

FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on November 26, 1999; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant is indebted to Plaintiff in the principal sum of $2,790.12, costs of $244.00, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a) (2), interest of $1,569.90 through December 27, 1999, at the rate of 8 percent per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum.



It is further ORDERED by the Court that payment of the proceeds of the judgment and costs herein shall be made directly to the attorneys of record for the Plaintiff and that, upon receipt thereof, such attorneys will satisfy said judgment on the records of this Court.

The Clerk shall certify an Abstract of Judgment.

Done this the 6th day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE